THE FACTORS IDENTIFIED IN *UNITED STATES v. FLETCHER*, 62 M.J. 175 (C.A.A.F. 2005).

Briefs will be filed under Rule 25.

No. 13–0522/AF. U.S. v. David J.A. Gutierrez. CCA 37913. Review granted on the following issues:

I. WHETHER THE EVIDENCE WAS LEGALLY INSUFFICIENT TO FIND BEYOND A REASONABLE DOUBT THAT APPELLANT COMMITTED ASSAULT LIKELY TO RESULT IN GRIEVOUS BODILY HARM.

II. WHETHER THE EVIDENCE WAS LEGALLY SUFFICIENT TO FIND BEYOND A REASONABLE DOUBT THAT APPELLANT COMMITTED ADULTERY.

Briefs will be filed under Rule 25.

No. 13–0565/AR. U.S. v. Christopher R. Kearns. CCA 20110348. Review granted on the following issue:

WHETHER THE EVIDENCE WAS LEGALLY SUFFICIENT TO PROVE THAT APPELLANT HAD THE INTENT TO ENGAGE IN CRIMINAL SEXUAL CONDUCT WITH KO, A MINOR, WHEN HE FACILITATED KO'S TRAVEL IN INTERSTATE COMMERCE AND WAS FOUND GUILTY IN SPECIFICATION 1 OF CHARGE III OF VIOLATING 18 U.S.C. SECTION 2423(a).

Briefs will be filed under Rule 25.

No. 13–0601/AF. U.S. v. Korey J. Talkington. CCA 37785. Review granted on the following issue:

WHETHER THE MILITARY JUDGE ERRED BY INSTRUCTING THE MEMBERS THAT CONSIDERATION OF SEX OFFENDER REGISTRATION IS "NOT A MATTER BEFORE THEM" AND "FRAUGHT WITH PROBLEMS."

Briefs will be filed under Rule 25.